**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Demetrius Gatlin, as Trustee for the Estate of Juwan Gatlin,**

**Plaintiff,**

**v.**

**Michael Green, Sergeant individually and in his official capacity as a Minneapolis Police Officer; and City of Minneapolis,**

**Defendants.**

**Civil No. 01-154 (JMR/SRN)**

**AMENDED PRETRIAL SCHEDULING ORDER**

---

Pursuant to the Stipulation of the parties, the Pretrial Scheduling Order dated March 6, 2001, is hereby amended as follows:

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by February 1, 2002.**

2. Full discovery of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Defendant(s) on or before **December 4, 2001**.

3. No more than 50 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served on any party.

4. No more than 12 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 3 expert depositions.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

FILED NOV 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

1. All motions which seek to amend the pleadings or add parties must be served by August 1, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by **February 17, 2002**.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and heard by **April 1, 2002**. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis, 612-664-5053.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(JURY)** on **June 1, 2002**, or upon resolution of any pending dispositive motions. Anticipated length of trial is 6 days.

Dated: November 13, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

RECEIVED
BY MAIL
NOV 13 2001
CLERK US DIST COURT
ST. PAUL, MN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Demetrius Gatlin as Trustee for the Estate of Juwan Gatlin,**

**Plaintiff,**

**Case File No.: 01-154 (JMR/SRN)**

**vs.**

**Sergeant Michael Green, individually, And in his official capacity as a Minneapolis Police Officer and the City of Minneapolis, a municipal Corporation,**

**Defendants.**

**STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER**

The parties, acting by and through their undersigned attorneys of record, hereby stipulate and agree as follows:

1. Pursuant to local Rule 16.3, the parties hereby stipulate that the pretrial scheduling order in the proceeding may be amended as described in the proposed attachment amended pretrial scheduling order. The parties agree that they have exchanged written discovery including Interrogatories, Requests for Production of Documents, and Requests for Admissions. The answers to such discovery have been completed, although Plaintiff has asked for some additional supplementation of certain answers to Requests for Production of Documents. Defendants are in the process of ascertaining whether any additional documents responsive to the request exist. The parties have not yet taken depositions.

2. Counsel for Defendants has just completed a month long trial in Hennepin County District Court. For several weeks preceding that trial, counsel for Defendant was

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

completely occupied with preparation of that case and other cases for trial. Counsel for Defendants is scheduled to commence a trial in the United States District Court for the District of Minnesota on November 5. That case is anticipated to last through the 15th of November. Thereafter, counsel for Defendants is scheduled to commence a second case in United States District Court on November 26, 2001. Trial of that case is estimated to last three days.

3. Because of the foregoing conflicts of counsel, the parties have not been able to schedule or complete the depositions necessary to prepare this case for trial and will not be able to complete those depositions before the current discovery deadline of December 3, 2001. Accordingly, the parties stipulate that the Court can issue an order extending discovery to February 1, 2002. All deadlines contained in the pretrial scheduling order shall be moved back two months. The parties also stipulate that Defendants shall provide full disclosure of expert testimony required by Rule 26(a)(2)(B) accompanied by the written report prepared and signed by the expert witness, on or before December 4, 2001.

Dated: 11/5/01

JAY M. HEFFERN
City Attorney
By,

JAMES A. MOORE
Assistant City Attorney
Attorney Reg. No. 16883x
300 Metropolitan Centre
333 South Seventh St.
Minneapolis, MN 55402
(612) 673-2034

Dated: 11/7/01

LARRY LEVENTHAL & ASSOCIATES
Attorney at Law
By,

LARRY B. LEVENTHAL
Attorneys for Plaintiff
Suite 420 - Sexton Building
529 South Seventh Street
Minneapolis, MN 55415
(612) 333-5747