**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Demetrius Gatlin as Trustee for the Estate of Juwan Gatlin,**

**Plaintiff**

**Court File No.: 01-154 (JMR/SRN)**

**vs.**

**Sergeant Michael Green, individually and in his official capacity as a Minneapolis Police Officer and the City of Minneapolis, a municipal corporation,**

**Defendants**

**STIPULATION** AND ORDER

---

WHEREAS,

1. It is the desire of Plaintiff take the deposition of April Bell, who was a material witness regarding the murder of Juwan Gatlin, and who also has information as to the transcript of the Statement which Juwan Gatlin gave to Minneapolis officers. April Bell was relocated prior to her testimony in State v. Keith Henderson, a trial concerning the murder of Juwan Gatlin. Plaintiff's Council wishes to make inquiry of April Bell concerning issues raised within the current litigation and, if appropriate, to offer her testimony at Trial.

2. April Bell verified her relocation in her testimony at the Keith Henderson Trial. When she asked "You just indicated that you moved to other states after all this happened?"(page 2366 lines 2 and 3). Bell replied "yeah"(page 2366 line 4). Further when asked "The financial assistance, that was to move you; is that right?"(page 2368 lines 1 and 2)Bell replied "Yeah"(page 2368 line 3). Again it was asked "But the financial assistance was to move you so you'd be safe?" (Page 2368 lines 11 and 12) Bell replied "Yeah" (page 2368 line 13).

3. Assistant Hennepin County Attorney, Toni Beitz, has advised, both of the undersigned, that their office is in possession of April Bell's address of about two years ago, when she testified in the Keith Henderson trial. Ms. Beitz further advised that she would provide said address upon Order of this Court.

4. The undersigned are each willing to take precautions to assure that the address of April Bell remains confidential.

FEB 06 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______

NOW THEREFORE, It is Agreed and Stipulated that

1. Assistant Hennepin County Attorney, Toni Beitz, shall provide Larry Leventhal, Attorney for Plaintiff, and James Moore, Attorney for Defendants, such information as the Hennepin County Attorney's office may have on file concerning the most recent address of April Bell.

2. The recipients of information pursuant to this order shall keep the address, and other information concerning April Bell, confidential, and utilize such only as may be necessary for purposes of securing deposition and/or trial testimony by said April Bell in a manner consistent with the safety of said witness.

LARRY LEVENTHAL & ASSOCIATES

By: [signature]

Larry B. Leventhal, Esq.
Attorney Reg. No. 62534
Suite 420-Sexton Building
529 South 7th Street
Minneapolis, MN 55415
(612) 333-5747
*Attorney for Plaintiff*
*Demetrius Gatlin*
Dated: Jan 31, 2002

JAY M. HEFFERN
Minneapolis City Attorney

By: James A. Moore

James Moore, Esq.
Assistant City Attorney
Attorney Reg. No. 16883X
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2066
*Attorney for Defendants*
Dated: 2/1/02

Amy Klobuchar
Hennepin County Attorney

By: ______________________
Toni Beitz, Esq.
Assistant Hennepin County Attorney
Hennepin County Government Center
2000 Court Tower
300 South Sixth Street
Minneapolis, MN 55487
(612) 348-5550
Dated: __________________

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Demetrius Gatlin as Trustee for the Estate of Juwan Gatlin,**

**Plaintiff**

**Court File No.: 01-154 (JMR/SRN)**

**vs.**

**Sergeant Michael Green, individually and in his official capacity as a Minneapolis Police Officer and the City of Minneapolis, a municipal corporation,**

**Defendants**

**ORDER**

---

Upon Stipulation of the Parties,

IT IS ORDERED:

1. Assistant Hennepin County Attorney, Toni Beitz, shall provide Larry Leventhal, Attorney for Plaintiff, and James Moore, Attorney for Defendants, such information as the Hennepin County Attorney's office may have on file concerning the most recent address of April Bell.

2. The recipients of information pursuant to this order shall keep the address, and other information concerning April Bell, confidential, and utilize such only as may be necessary for purposes of securing deposition and/or trial testimony by said April Bell in a manner consistent with the safety of said witness.

BY THE COURT

Dated: February 5, 2002

Susan Richard Nelson
Susan Richard Nelson
Unites States Magistrate Judge