# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 02-3705

| | | |
|---|---|---|
| Demetrius Gatlin, as Trustee for the Estate of Juwan Gatlin, | * | 01-cv-154 JMR/SRN |
| Appellant, | * | Appeal from the United States District Court for the District of Minnesota |
| vs. | * | |
| Sergeant Michael Green, individually and in his official capacity as a Minneapolis Police Officer; City of Minneapolis, a municipal corporation, | * | |
| Appellees. | * | |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

March 16, 2004

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans