Law Offices
Larry Leventhal & Associates

Larry B. Leventhal
David L. Garelick

Suite 420, Sexton Building
529 South 7th Street
Minneapolis, Minnesota 55415
Office: (612) 333-5747
Fax: (612) 344-1126
LLeven6001@aol.com

RECEIVED BY MAIL
JUN 0 2004
CLERK US DIST COURT MINNEAPOLIS MN

June 7, 2004

Mr. Richard Sletten, Clerk
United States District Court
District of Minnesota
202 United States Courthouse
300 South 4th Street
Minneapolis, MN 55415

Re: Demetrius Gatlin vs. Sergeant Michael Green, and City of Minneapolis
District Court File No. 02-CV-154 (JMR/SRN)
8th Circuit Court of Appeals File No. 02-3705

Dear Mr. Sletten:

The Honorable James Rosenbaum, in the above-captioned matter, granted Summary Judgment "on the Complaint's federal claims in favor of the defendants," additionally ordering that "Plaintiff's state law claims are hereby remanded to Minnesota's Courts." (p. 29)

Plaintiff appealed the grant of Summary Judgment to the 8th Circuit Court of Appeals, which within its Order, filed March 16, 2004, affirmed "the district court's grant of summary judgment on the federal civil rights claims."

The mandate of the Court of Appeals was sent to your office being received on April 8, 2004.

Since Summary Judgment in favor of the Defendants has been granted by the District Court, with State Claims being remanded, and the Judgment of the District Court has been affirmed by the 8th Circuit Court of Appeals, the State claims should now, pursuant to Judge Rosenbaum's original Order, be remanded to the Courts of the State of Minnesota.

This matter was initially filed in Hennepin County District Court, State of Minnesota, on December 29, 2000 and was assigned Hennepin County District Court File number 00-17882. It was thereupon removed by the Defendants to United States District Court. The

SCANNED
JUN 0 2004
U.S. DISTRICT COURT MPLS

case should now, in accordance with Judge Rosenbaum's Summary Judgment Order, be remanded to Hennepin County District Court for proceedings on the state claims asserted therein. Thank you for your attention to this matter.

Very truly yours,

Larry Leventhal
LBL/jmk
cc: James Moore, Esq.
The Honorable James Rosenbaum
Demetrius Gatlin